# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| TINA G. LARSEN,<br><br>    Petitioner,<br><br>v.<br><br>COMMISSIONER, SOCIAL SECURITY ADMINISTRATION,<br><br>    Respondent. | )<br>)<br>)   Case No. CV 06-236-S-LMB<br>)<br>)<br>)<br>)   **JUDGMENT**<br>)<br>)<br>)<br>)<br>) |

In accordance with the Memorandum Decision and Order filed with this Judgment,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this matter is REMANDED to the Social Security Administration pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings as set forth in the Memorandum Decision and Order.

DATED: **September 5, 2007**.

Honorable Larry M. Boyle
U. S. Magistrate Judge

JUDGMENT